FILED

UNITED STATES DISTRICT COURT

2020 OCT -7  PM 12: 58

MIDDLE DISTRICT OF FLORIDA

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

MOTION FOR EXTENTION TO FILE

PLAINTIFFS : Anthony D'Orazio

8:20-mc-93-T-30CPT

DEFENDANTS

BB&T Bank aka Truist

I'm request an extention to file my case with United States District Court Middle District Of Florida in reference to EEOC case # 435-2019-00338C.

I filed my case with the EEOC in January of 2019 and was not given an appointment till April 22nd, 2019. After the EEOC investigation was completed they sent Right to Sue letter. After receiveing this letter I made many attempts to contact EEOC office with no return communitcaiton. I was requesting the EEOC investigative file along with a copy of BB&T's response/position statement to the charge.

EEOC did not respond to me within time given to file my case in Federal Court and is why I'm requesting an extention to file my case.   I also never received copy of investigative file.

I was an employee for 10 years with BB&T. In 2017 when my manager found that my wife and I were in the process of adopting a child of any race or religion along with my wife being from Lebanon Middle East, he stopped giving me enough work to meet my quotas when my fellow employees were receiving enough work. I would constatly ask for more work with my manager just replying no work was avialable. This manager was promoted in 2019 and when I filed complaint with new manager about this matter I was met with retaliation from department head that I would receive displinary action against me. Then in January 2019 I was laid off and only one in the entire department laid off. When I asked why they said due to low production numbers even when they knew I was not receiving enough work from my manager and all my co workers were.

Due to this my wife and I were not able to adopt and had to stop the process becuase I did not have a full time employeement anymore. This event has caused great amont of damage to our lives finacially, emotionally and health.

Anthony D'Orazio
P O Box 21084
St Petersburg, FL 33842

Ifp

Anthony D'Orazio
Anthony D'Oy
10-7-2020